UNITED STATES DISTRICT COURT

FILED
DEC 11 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

for the
Northern District of OHIO
_____ Division

Case No. **1:23 CV 02354**
*(to be filled in by the Clerk's Office)*

Daniel R. Rogerson-Wise

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Cuyahoga County Jail et al.
Metro Health hospital

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**JUDGE BRENNAN**

**MAG. JUDGE GREENBERG**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"see attached"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO

Daniel R. Rogerson-Wise
  Plaintiff

-vs-

Cuyahoga County Jail et al,
Metro Health Hospital
  Defendants

CASE No. _____

JUDGE _____

COMPLAINT

Cuyahoga County Jail and Metro Health which are Both located at the Justice Center
1200 Ontario St
Cleveland, OH 44113

42: U.S.C§1983 - Civil Rights -    555 Prisoner-Civil Rights

1) Illegally Denied Showers within Federal/State time (72) hours. On Unit 10A Jail 1. The rights of humans are continuing to be violated. No showers, rec, failing humane living conditions. I filed another lawsuit Due to same violations, I ended up testing positive for "mersa" Due to inhumane living conditions. Both Metro Nurses and c/o's, cpl, workers for Cuyahoga County Jail continue to violate humans.

2) I still months later have yet to be freely treated for the "Mersa" Defendants caused. They never follow Dr. orders, fail to Do wound care, Fail to give me

Bandages, Head Nurse who clearly seen open wounds, Infections against Dr. order cleared me atleast 1 week early from 6G medical unit (just to give another inmate my cell for room) and forced me to house with another inmate in General population being "Mersa" is very contagious.

3) Dr keeps ordering me "Betasept" Medical soap and Nurses fail to give me it

4) C/O's abuse "redzone" every weekend inmates are locked in cells, Denied all rights, Denied visits.

5) 10-27-2023 sewer pipe flooded 10A for hours. C/o's never cleaned the floors, Next day SRT Force All inmates to walk barefoot on sewer water floor. (New Policy so inmates Cant kick door, door is kicked Due to Neglect, No medical emergency buttons in cells, 1 man Just Died in BAI Jail cell 16 Due to no medical button.

6) Nurses on a weekly basis wont show up to unit so inmates wont give them request forms/grievances. Due to no show we also get Denied Medication and Metro never makes up for missed times Due to there Nurses. On 11-22-23 I went to Attorney call, 10 minutes later I arrived back to my cell where C/o's Destroyed it/ ripped my legal work up, Stole $600.00 versace glasses/said I could use my eye glasses as weapon). Never put

my glasses in my property which is Grand theft.

7. I still after filing first lawsuit have "Monsa" open wounds/Infections. The Nurses/C/O's Wardens are the true problems. The Nurses abuse Inmates by failing there Duties or Follow up on Dr orders. The C/o's are not properly trained, unproffesstion, lack knowledge on civil rights, laws, rules. The wardens get tons of complaints/Greivences and Ignore all - They make no changes. They know the abuse and Do not care.

8) This is now my second lawsuit. Nothing has changed. I still have open wounds. Its torture, abuse, inhumane. I've 100% exhausted grievances (which can be proven on the tablets.) My body is ruined. My whole outlook has changes due to the long abuse/Misconduct the county Jail and Metrohealth has caused. My lawsuit is facts, Cameras Dont lie, Medical records Dont lie,

I'm sueing asking for same amount in first lawsuit Case #: 1:23-cv-01838-So / $10 Million / $10,000,000.00)

I pray My Demands are Met by the courts for all the sick abuse you people do to humans. you people (Defendants) should be ashamed. your Criminals. Thank you